IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MCNC,                                )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )    1:05CV00194
                                     )
AON, CONSULTING, INC.,               )
                                     )
         Defendant.                  )

**O R D E R**

On November 28, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's motion for summary judgment (docket no. 44) be, and the same hereby is, denied.

This the day of December 14, 2006

                              /s/ N. Carlton Tilley, Jr.
                              United States District Judge