# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

MCNC                        **JUDGMENT IN A CIVIL CASE**

    **V.**                                   CASE NUMBER: 1:05CV194

AON CONSULTING, INC.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, MCNC, have and recover nothing from the defendant, AON Consulting, Inc., and that this action be, and the same hereby is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the prevailing party be awarded costs in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure, and therefore that costs be taxed against MCNC.

This the day of December 14, 2006

                                                      /s/ N. Carlton Tilley, Jr.
                                                      United States District Judge